FILED

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0554

_____

GARY TAYLOR,

      Plaintiff and Appellant,

    v.

GEORGE ANTHONY TAYLOR and
ANNE MARIE TAYLOR,

      Defendants and Appellees.

_____

O R D E R

Appellant Gary Taylor has moved the Court for an extension of time to complete M. R. App. P. Rule 7 mediation and for an order appointing a replacement mediator.

IT IS HEREBY ORDERED that the request for an extension and appointment by the Court of M. R. App. P. Rule 7 mediator is DENIED.

IT IS FURTHER ORDERED that the request for appointment of a substitute mediator is referred to the Clerk of Supreme Court pursuant to M. R. App. P. 7(4)(d).

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 7 2023